|  | * | IN THE |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 42 |
| CHARLES T. TUCKER, JR. | * | September Term, 2025 |

ORDER

Upon consideration of the "Joint Petition for Disbarment by Consent" filed by the parties in the above-captioned case on June 16, 2026, in which, pursuant to Rule 19-736, the parties jointly petition this Court to disbar Respondent, Charles T. Tucker, Jr., from the practice of law in the State of Maryland and advise that Respondent agrees that his conduct as described in the joint petition violates Maryland Attorneys' Rules of Professional Conduct 19-301.1, 19-301.2, 19-301.3, 19-301.4, 19-301.5, 19-301.15, 19-301.16, 19-303.3, 19-308.1(b), 19-308.4(a), (c), and (d), and Maryland Rule 19-741, and that Respondent consents to disbarment as the appropriate disposition, it is this 17th day of June 2026,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Disbarment by Consent is GRANTED, and that, effective immediately, Respondent, Charles T. Tucker, Jr., is disbarred from the practice of law in the State of Maryland for violation of Maryland Attorneys' Rules of Professional Conduct 19-301.1, 19-301.2, 19-301.3, 19-301.4, 19-301.5, 19-301.15, 19-301.16, 19-303.3, 19-308.1(b), 19-308.4(a), (c), and (d), and Maryland Rule 19-741; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk